UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AIR VENT, INC., | : | Case No. 1:09-CV-2360 |
| Plaintiff, | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| MARIO KASEDA, et al., | : | MEMORANDUM & ORDER |
| Defendants. | : | |

Before the Court is a Motion to Stay Proceedings, filed by Defendants Mario Kaseda, Solution Supply Company, Inc., and Structure Roofing Company, Inc. (collectively, "Kaseda"). (Doc. 8.)  Plaintiff Air Vent has filed an opposition to this motion (Doc. 9) and Kaseda has filed a reply brief (Doc. 11).

A review of the briefing on this matter reveals that cross-motions for summary judgment, currently pending before Judge Terrence F. McVerry in the Western District of Pennsylvania, may resolve dispositive or threshold issues in this case.  See Air Vent, Inc. v. Vent Right Corp., Case No. 2:08cv146 (W.D. Pa.).[1]  Granting Kaseda's motion will likely avoid the needless waste of judicial time and resources and reduce costs to both parties, and it will not irreparably harm either.  Accordingly, Kaseda's Motion to Stay (Doc. 11) is <u>GRANTED</u>.  See also Wynn v. Alexander, 803 F.2d 723 (6th Cir. 1986) ("[C]ourts have inherent power 'to control the disposition of the causes on [their] docket with economy of time and effort for [themselves,] for

---

[1] A review of the docket in the Pennsylvania action reveals that the Motions for Summary Judgment were filed more than two years after the action was initiated and following substantial activity in the case, including discovery, exchange of expert reports, and the claim construction process.

counsel, and for litigants.'" (quoting Landis v. North American Company, 299 U.S. 248, 254 (1936))).

The parties shall submit a joint notice to the Court no more than <u>10 DAYS</u> after Judge McVerry issues a ruling on the motions for summary judgment pending before him. The notice shall inform the Court which issues, if any, remain subject to adjudication in this action.

IT IS SO ORDERED.

                                            s/Kathleen M. O'Malley
                                            KATHLEEN McDONALD O'MALLEY
                                            UNITED STATES DISTRICT JUDGE

Dated: June 24, 2010